# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 1:17-cv-02580-REB

MARY M. ESPINOZA,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58 and the Order For Judgment and Remand, entered by the Honorable Robert E. Blackburn, United States District Judge, on March 21, 2018,

IT IS ORDERED that

1. Defendant's Unopposed Motion To Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [#17], filed March 20, 2018, is granted;

2. That the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed;

3. That this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

4. That Final Judgment is entered in favor of plaintiff and against defendant in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme

Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

    5. That plaintiff is awarded her costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

    Dated at Denver, Colorado this 22nd day of March, 2018.

    BY THE COURT:

    JEFFREY P. COLWELL, CLERK

    By:  s/Deborah Hansen
    Deborah Hansen, Deputy Clerk